# Yeager *et al. v.* Self.

### *Bond to Dissolve Garnishment.*

1. *When judgment cannot be rendered on bond given to dissolve garnishment.*—When bond is given by a defendant in a judgment in order to dissolve a garnishment issued against one supposed to be indebted to him, as provided by statute, (Code, § 2183) no judgment can be rendered against the principal and sureties on the bond until the liability of the garnishee is first ascertained.

[Yeager *et al.* v. Self.]

APPEAL from the Circuit Court of Bibb.

Tried before the Hon. JOHN MOORE.

W. H. Yeager recovered a judgment in the justice court against C. C. Self and the cause was appealed to the circuit court. In the circuit court the judgment was for the defendant, Self, for costs of suit. On this last judgment Self sued out a garnishment against the Tennessee Coal, Iron & R. R. Co. as being indebted to Yeager. Whereupon Yeager made bond as provided by statute, Code, § 2183, in order to dissolve the garnishment. Judgment was rendered on this bond against the principal and sureties, but the liability of the garnishees was not ascertained. Appeal by Yeager and the sureties on his bond and they assign as error the rendition of judgment against the bondsmen before ascertaining the liability of the garnishees. Reversed.

BETHEA, WRIGHT & ARNOLD, for appellants, cited, *Collins v. Baldwin*, 109 Ala. 402.

No brief for appellee came to the hands of the reporter.

HARALSON, J.—Under the act of 1890-91, "To dissolve garnishments in cases where the defendant executes bond to plaintiff" (Acts 1890-91, p. 590), it has been several times held by this court, that a judgment cannot be rendered against the obligors in the bond given under the provisions of said act, unless and until the garnishee's liability is ascertained according to the forms provided therefor by existing laws.—*Collins v. Baldwin,* 109 Ala. 402; *Guilford v. Reeves,* 103 Ala. 301; *Skews v. Vancleave,* 24 So. Rep. 859, s. c. 119 Ala. 418.

In this case, it does not appear that the garnishee ever made answer to the writ; but it does appear, that judgment was rendered against the obligors in said bond, before and without ascertainment by the court of a monied liability for which the court could properly render judgment against the garnishee, if the bond had not been given. This was an erroneous judgment.

Reversed and remanded.